# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Howard, Richard Olaf | Docket No. | 0980 1:23CR02031-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Richard Olaf Howard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

**Standard Condition #1:** Defendant shall advise the supervising United States Probation/Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 19, 2023, the defendant appeared before Your Honor on a motion to reopen detention (ECF No. 22). Mr. Howard was granted release to inpatient treatment. Conditions were verbally reviewed with him in court. Mr. Howard acknowledged an understanding of his conditions and requirements of pretrial release.

On January 4, 2024, Mr. Howard signed ECF No. 24 and ECF No. 37, to include standard and special conditions imposed by the Court, acknowledging an understanding of his requirements while under pretrial supervision.

**Violation #7:** Mr. Howard is alleged to be in violation of his conditions of pretrial release by failing to notify the supervising United States Probation/Pretrial Services Officer within one business day of contact with law enforcement, dated February 5, 2024.

On February 15, 2024, this officer reviewed incident narrative report 24C01838, written by the Yakima County Sheriff's Office (YSO) regarding Mr. Howard having contact with officers on February 5, 2024, due to officers locating a stolen truck on his property.

Per the incident report, YSO deputies were in the area of ▇▇▇▇▇▇▇▇▇▇▇▇ in Wapato, Washington, conducting an area patrol. As one officer drove by Mr. Howard's residence, he observed a silver Nissan pickup truck with a temporary tag. The officer requested dispatch run the tag number. While waiting for the information to return, the officer saw a tall, white male with a medium build get out of the driver's seat and run into the backyard of ▇▇▇▇▇▇▇▇▇▇ The officer turned his vehicle around and observed the male run into the front door of the residence at ▇▇▇▇▇▇▇▇▇▇ Dispatch advised the truck returned stolen. Per the report, an anonymous witness informed police who the individual he saw running was, which the officer notes he is familiar with, and matched the description of who ran into the front door of ▇▇▇▇▇▇▇▇

According to the report, the officer contacted Mr. Howard at ▇▇▇▇▇▇▇▇▇▇ The officer informed Mr. Howard he observed the male subject go into the house and he needed to speak with him. Mr. Howard went inside the home to check for the subject, however, stated he must have left while he was asleep.  Mr. Howard allowed officers to go into his home and showed them where the male subject usually stays. The room that Mr. Howard pointed out had a padlock on the outside of the door. According to the report, Mr. Howard did not permit deputies to check the rest of the house. Mr. Howard gave consent to have the stolen truck removed from his property.

Mr. Howard did not contact this officer as required by his pretrial release condition to report he had law enforcement contact as noted above.

PRAYING THE COURT WILL INCORPORATE THE ABOVE ALLEGATION WITH THE PENDING PETITIONS BEFORE THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    02/20/2024 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Alexander C. Ekstrom_

Signature of Judicial Officer

February 20, 2024

Date