UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Howard, Richard Olaf | Docket No. | 0980 1:23CR02031-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Richard Olaf Howard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

**Standard Condition #6 (ECF No. 24)**: Defendant shall report to the United States Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 19, 2023, the defendant appeared before Your Honor on a motion to reopen detention (ECF No. 22). Mr. Howard was granted release to inpatient treatment. Conditions were verbally reviewed with him in court. Mr. Howard acknowledged an understanding of his conditions and requirements of pretrial release.

On January 4, 2024, Mr. Howard signed ECF No. 22 and ECF No. 24, to include standard and special conditions imposed by the Court, acknowledging an understanding of his requirements while under pretrial supervision.

**Violation #4:** Mr. Howard is alleged to be in violation of his conditions of pretrial release by failing to contact his probation officer via telephone as directed on February 8, 2024.

On February 7, 2024, this officer and Deputy Chief United States Probation Officer (DCUSPO) Vargas conducted a home visit at Mr. Howard's temporary listed address in Wapato, Washington. Mr. Howard was present with numerous third parties inside and outside of the home. This officer asked Mr. Howard if he had followed up with the paperwork required from Merit Resource Services (Merit) to return to a clean and sober house in Yakima, Washington. Mr. Howard showed this officer and DCUSPO Vargas the documents and stated he planned to go this same date, February 7, 2024, to Yakima and submit the paperwork at the clean and sober house. This officer asked Mr. Howard how he planned to travel to Yakima. Mr. Howard stated he would obtain transportation from a friend or utilize the Pahto transportation bus.

This officer verbally directed Mr. Howard to call her on Thursday, February 8, 2024, with an update. Mr. Howard failed to make telephone contact with his officer on February 8, 2024. This officer attempted to make telephone contact with Mr. Howard beginning at 12:45 p.m. until 1:43 p.m. on February 8, 2024. The message this officer continued to receive is "the subscriber you have dialed is not in service." This officer sent Mr. Howard a text message asking for him to contact probation. This officer also attempted to contact his friend and listed collateral contact, and received the same above-noted message.

On February 9, 2024, between 7:31 a.m and 10:00 a.m. this officer attempted to contact Mr. Howard again on his listed number and received the same above-noted message.

  PRAYING THE COURT WILL INCORPORATE THE ABOVE ALLEGATION WITH THE PENDING PETITIONS BEFORE THE COURT

PS-8
Re: Howard, Richard Olaf
February 9, 2024
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 9, 2024

by   s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom* (signature)

Signature of Judicial Officer

February 12, 2024

Date