UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Howard, Richard Olaf | Docket No. | 0980 1:23CR02031-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Richard Olaf Howard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

**Standard Condition #2 (ECF No. 24)**: Defendant shall notify United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number or employment.

**Standard Condition #8 (ECF No. 24):** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Special Condition #1 (ECF No. 37):** Defendant must reside at a clean and sober house in Yakima, Washington and may not change residences without prior approval from Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 19, 2023, the defendant appeared before Your Honor on a motion to reopen detention (ECF No. 22). Mr. Howard was granted release to inpatient treatment. Conditions were verbally reviewed with him in court. Mr. Howard acknowledged an understanding of his conditions and requirements of pretrial release.

On January 4, 2024, Mr. Howard signed ECF No. 22 and ECF No. 24, to include standard and special conditions imposed by the Court, acknowledging an understanding of his requirements while under pretrial supervision.

**Violation #1:** Mr. Howard is alleged to be in violation of his conditions of pretrial release by consuming methamphetamine on or before January 11, 2024.

On January 22, 2024, this officer received a fax from Barth Clinic (Barth) in Yakima, Washington, reflecting a confirmed positive drug test for methamphetamine, with a collection dated January 11, 2024. The drug test was collected at Barth on January 11, 2024, and sent to Millennium Health laboratory for confirmation. Results were received January 19, 2024, confirming a positive reading for methamphetamine. Mr. Howard denies ingesting methamphetamine.

**Violation #2:** Mr. Howard is alleged to be in violation of his conditions of pretrial release by being evicted from the clean and sober house he was ordered to reside in by the Court on or before January 25, 2024, and failing to notify his probation officer.

On January 31, 2024, this officer contacted the clean and sober house where Mr. Howard was to be residing (via telephone) and spoke with one of the house managers. Per the house manager, Mr. Howard was staying at the home consistently until approximately January 16, or 17, 2024. The house manager stated Mr. Howard was not seen for a few days and then the house was notified of a positive drug test dated January 11, 2024, so he was evicted.

Re: Howard, Richard Olaf
February 1, 2024
Page 2

Per the house manager, Mr. Howard was evicted around January 24, or 25, 2024, and picked up his belongs "a few days" after. Mr. Howard reported to the probation office with his attorney on January 26, and 29, 2024, and did not mention any of the above information during these office visits. This officer also spoke with Mr. Howard via telephone multiple times since January 25, 2024, and he, again, did not notify this officer of the above-noted information.

**Violation #3:** Mr. Howard is alleged to be in violation of his conditions of pretrial release by failing to notify United States Probation/Pretrial office within 24 hours of a change in residence on or after January 25, 2024.

Refer to the information in violation number 2.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 1, 2024

by  s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

February 8, 2024

Date