# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Howard, Richard Olaf | Docket No. | 0980 1:23CR02031-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Richard Olaf Howard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

**Standard Condition #6 (ECF No. 24):** Defendant shall report to the United States Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Additional Condition #1 (ECF No. 37):** Defendant must reside at the clean and sober house in Yakima, Washington and may not change residences without prior approval from Pretrial Services.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 19, 2023, the defendant appeared before Your Honor on a motion to reopen detention (ECF No. 22). Mr. Howard was granted release to inpatient treatment. Conditions were verbally reviewed with him in court. Mr. Howard acknowledged an understanding of his conditions and requirements of pretrial release.

On January 4, 2024, Mr. Howard signed ECF No. 24 and ECF No. 37, to include standard and special conditions imposed by the Court, acknowledging an understanding of his requirements while under pretrial supervision.

**Violation #5:** Mr. Howard is alleged to be in violation of his conditions of pretrial release by failing to contact his probation officer (via telephone) as directed on February 9, and 12, 2024.

On February 9, 2024, after attempting to contact Mr. Howard in the morning several times, he contacted this officer in the afternoon. According to Mr. Howard, his telephone was broken, and he secured a new one. This officer asked Mr. Howard if he had submitted his paper to the clean and sober house to move in as directed. Mr. Howard stated he had not. He further stated he had an appointment later this date, February 9, 2024, at Merit Resource Services at 3 p.m. with the Navigator Program. He stated he would submit the documents and "most likely" move in by the evening of February 9, 2024. This officer verbally directed Mr. Howard to contact this officer via telephone once he arrived at the clean and sober house on February 9, 2024. Mr. Howard failed to contact this officer via telephone on February 9, 2024.

On February 11, 2024, this officer made telephone contact with a male resident at the clean and sober house. Per the resident, Mr. Howard had not moved into the house nor contacted them. This officer then made telephone contact with Mr. Howard at 1:15 p.m on February 11, 2024. He stated he did not have a ride on Friday, February 9, 2024, into Yakima, therefore he did not make his appointment at Merit Resource Services, nor move into the clean and sober house. This officer verbally directed Mr. Howard to work on securing transportation to Yakima by the morning of February 12, 2024, submit his paperwork to the clean and sober house and then call this officer to provide an update. Mr. Howard failed to make telephone contact with this officer as directed on February 12, 2024.

To be noted, on January 4, 2024, Mr. Howard signed pretrial reporting instructions (form PS7) and was provided a copy. Per his reporting instruction, he is to call every Monday between 8 a.m. and 5 p.m. to check in with this probation officer. Mr. Howard failed to check in via telephone as directed on Monday, February 12, 2024.

Re: Howard, Richard Olaf
February 14, 2024
Page 2

**Violation #6:** Mr. Howard is alleged to be in violation of his conditions of pretrial release (ECF No. 37), by failing to enter into a clean and sober house as directed since February 6, 2024.

On January 31, 2024, Mr. Howard and his assigned counsel contacted this officer via telephone advising Mr. Howard had been evicted from the clean and sober house he moved into upon release from inpatient treatment. Mr. Howard stated he contacted another clean and sober house and had been accepted.

On February 1, 2024, Mr. Howard, his assigned counsel and the social work for the federal defenders office reported in person to the probation office. Mr. Howard advised, again, he had been accepted into a clean and sober house in Yakima; however, he needed to have Merit Resource Services (Merit) and the house sign documents. This officer directed Mr. Howard to complete the paperwork and submit to Merit as soon as possible. This officer gave Mr. Howard temporary permission to reside in the home he owns in Wapato, Washington, until he moved into a clean and sober house.

On February 5, 2024, this officer made telephone contact with Mr. Howard regarding his documents being completed for the clean and sober house. Mr. Howard stated he dropped the documents off to Merit on February 2, 2024 and he would be picking them up to take to the clean and sober house for signature this date, February 5, 2024.

On February 7, 2024, this officer and Deputy U.S. Probation Officer (DCUSPO) Vargas conducted a home visit at his home in Wapato, Washington. Mr. Howard presented documents from Merit and stated he planned to secure transportation to Yakima, February 7, 2024, to turn the documents into the clean and sober house. This officer verbally directed Mr. Howard to complete the task this date and call her via telephone on February 8, 2024, with an update.

On February 8, 2024, this officer spoke with Mr. Howard's substance abuse counselor at Merit via telephone. She stated she did not understand why Mr. Howard had not moved into the clean and sober house because she spoke with the house and they advised they were waiting for him to come there with the documents and move in. She stated Mr. Howard had group with her this date, February 8, and she planned to ask him why he has not moved into the clean and sober house.

On February 9, 2024, Mr. Howard made telephone contact with this officer. This officer asked Mr. Howard if he had submitted his paperwork to the clean and sober house to move in. Mr. Howard stated he had not. He further stated he had an appointment this date, February 9, 2024, at Merit at 3 p.m. with the Navigator Program, he would submit the documents and "most likely" move in that evening. This officer verbally directed Mr. Howard to contact her via telephone once he arrived at the clean and sober house on February 9, 2024.

On February 11, 2024, this officer made telephone contact with the proposed clean and sober house. Per a male resident, Mr. Howard had not moved into the house nor made contact with them.

On February 13, 2024, this officer made telephone contact with Mr. Howard's substance abuse counselor at Merit. She stated on February 1, 2024, she completed the initial paperwork for Merit Resource Services to pay the rent at a clean and sober house. She stated she advised Mr. Howard she spoke with the house manager and even without the final paperwork being signed, he could move into the clean and sober house that day. She stated once moved in, Mr. Howard could have the documents signed by the house manager and return them to her. Per the counselor, Mr. Howard did not turn in the documents to her until February 12, 2024. She further stated Mr. Howard asked when he could move in. She stated she again told him the house has been waiting for him since February 1, 2024, and he "needs to move in." Additionally, she stated on February 9, 2024, Mr. Howard had an appointment with the Merit Resource Services Navigator Program. She stated they had planned to take Mr. Howard to the clean and sober house and help him move in, however, he called and stated he did not have a ride to Yakima.

On February 14, 2024, this officer attempted to make telephone contact with Mr. Howard in the morning on his listed cellular telephone. The call went directly to voicemail. This officer sent Mr. Howard several text messages asking him to call this officer.

Re: Howard, Richard Olaf
February 14, 2024
Page 3

On February 14, 2024, this office made telephone contact with the president of the proposed clean and sober house. According to the house president, the residents of the house had a house meeting on Sunday, February 4, 2024, and although they felt Mr. Howard needed "more long term/permanent housing like Oxford," they voted him in and Mr. Howard had his interview that same evening. The president stated on February 5, 2024, Merit called asking about funding and they discussed approval of Mr. Howard moving in while getting the documents completed. The president stated on the evening of February 9, 2024, Mr. Howard called stating he needed documents signed for funding so he went to the house that same evening. The president stated Mr. Howard had already been approved to move in. He further stated he asked Mr. Howard when he would be moving into the house and Mr. Howard stated, "I will be here tomorrow by 12 p.m." Per the president, Mr. Howard has not moved in as of the submission of this report.

PRAYING THE COURT WILL INCORPORATE THE ABOVE ALLEGATION WITH THE PENDING PETITIONS BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 02/14/2024

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

February 14, 2024
Date