PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2024

SEAN F. McAVOY, CLERK

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Richard Howard ) | Case No. 1:23CR02031-SAB |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Richard Howard, have discussed with Kyle Mowatt, Pretrial Services/Probation Officer, modification of my release as follows:

Mr. Howard is currently on pretrial supervision for distribution of fentanyl. Mr. Howard last appeared before Your Honor on April 23, 2024, for a Change of Plea hearing. It is this officer's understanding that at the hearing, Federal Defender Mirr requested Mr. Howard's conditions be modified to include a curfew.

This officer agrees with the joint agreement reached by Assistant U.S. Attorney Pratten and Federal Defender Mirr to modify Mr. Howard's conditions to allow him to be on curfew from 8 a.m. to 8 p.m with an exclusion zone around 309 Mamachat Ln, Wapato, WA 98951.

**Removal of the following Special Condition:**

Additional Condition #4: Home Detention: Defendant shall be restricted to his approved residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

**Addition of the following Special Condition:**

Additional Condition #4: Curfew: Defendant shall be restricted to Defendant's residence every day from 8:00 p.m. to 8:00 a.m. except for medical emergencies or as approved by U.S. Probation. U.S. Probation has the authority to approve any modifications to Defendant's curfew as needed for employment.

I consent to this modification of my release conditions and agree to abide by this modification.

_Richard Howard_  5-14-24    _Kyle Mowatt_  5/14/2024
Signature of Defendant      Date         Pretrial Services/Probation Officer      Date

Richard Howard                           Kyle Mowatt

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                              5/14/24
Signature of Defense Counsel              Date

Nick Mirr

[x]   The above modification of conditions of release is ordered, to be effective on   5/16/2024   .

[ ]   The above modification of conditions of release is not ordered.

_Stanley A. Bastian_                       5/16/2024
Signature of Judicial Officer             Date

(Typed) Stanley A. Bastian, Chief United States District Judge