FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD OLAF HOWARD,<br><br>Defendant. | No. 1:23-CR-02031-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 93, 94** |

On Wednesday, June 26, 2024, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 93) and related Motion to Expedite (ECF No. 94). Defendant was represented by Assistant Federal Defender Nick Mirr. Assistant United States Attorney Letitia Sikes represented the United States.

Defendant requests that the Court modify Additional Condition Nos. 3 and 4 to remove his GPS monitoring requirement and allow him to move back to his residence from clean and sober housing. ECF No. 93. The United States Attorney's Office does not object to Defendant's request. *Id*. While the Court harbors some concerns due to Defendant's previous struggles at the proposed

ORDER - 1

release address, it will allow Defendant the opportunity to demonstrate good compliance at the address prior to sentencing.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 94**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 93**) is **GRANTED IN PART AND DENIED IN PART**.

3. **Additional Condition Nos. 3 and 4 (ECF Nos. 59, 85) shall be STRICKEN when (1) the current tenants have vacated Defendant's residence and (2) said residence has again been inspected to the satisfaction of United States Probation/Pretrial Services.**

4. All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 1, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2