PROB 12C
(6/16)

Report Date: October 16, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 16, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Richard Olaf Howard | Case Number: 0980 1:23CR02031-SAB-1 |
| Address of Offender: ▮▮▮▮▮ Wapato, Washington 98952 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 28, 2024

| | |
|---|---|
| Original Offense: | Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 64 days<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal |
| | Date Supervision Commenced: August 28, 2024 |
| Defense Attorney: | Nick Mirr |
| | Date Supervision Expires: August 27, 2027 |

### PETITIONING THE COURT

To issue a summons.

On August 27, 2024, the supervised release conditions were reviewed and signed by Mr. Howard acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** Mr. Howard is alleged to have violated his conditions of supervised release by consuming fentanyl on or before September 24, 2024. |
| | On September 24, 2024, Mr. Howard underwent a urinalysis (UA) at Merit Resources Services (Merit). The UA initially tested positive for methamphetamine and fentanyl. Mr. Howard denied using methamphetamine and fentanyl. The UA sample was sent to the laboratory for confirmation, and it came back positive for fentanyl. Despite the positive result, Mr. Howard maintained that he did not use any controlled substances. |

Prob12C
**Re: Howard, Richard Olaf**
**October 16, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/16/2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/16/2024

Date