PROB 12C  
(6/16)

Report Date: May 8, 2025

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2025

SEAN F. McAVOY, CLERK

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Richard Olaf Howard | Case Number: 0980 1:23CR02031-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ Wapato, Washington 98952 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 28, 2024

| | | |
|---|---|---|
| Original Offense: | Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1) | |
| Original Sentence: | Prison - 64 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (02/07/2025) | Prison - credit for time served (79 days)<br>TSR - 33 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: February 5, 2025 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: November 4, 2027 |

## PETITIONING THE COURT

To issue a summons.

On February 6, 2025, the supervised release conditions were reviewed and signed by Mr. Howard acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Howard is alleged to be in violation of his conditions of supervised release by consuming fentanyl on or before April 18, 2025.<br><br>On April 18, 2025, during a routine home inspection at Mr. Howard's residence, he provided a urinalysis (UA) that tested presumptively positive for fentanyl. Mr. Howard denied intentionally consuming fentanyl and suggested that the substance might have entered his system from cleaning up trash around his house without wearing gloves. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. |

Prob12C
**Re: Howard, Richard Olaf**
May 8, 2025
Page 2

On May 2, 2025, Alere confirmed that Mr. Howard's UA tested positive for fentanyl on April 18, 2025. Copies of the Alere lab results were provided to assigned counsels.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Richard Howard to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 8, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/9/2025
Date